IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Pineda,

    Plaintiff(s),

vs.

Raymond Berry, et al.,

    Defendant(s).

Case Number: 1:15cv693

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 23, 2019 a Report and Recommendation (Doc. 120). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 123) and County Defendants filed a response to the objections (Doc. 124).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that the County Defendants' motion for summary judgment (Doc. 97) is GRANTED. The Defendant PNA, Inc.'s motion for summary judgment (Doc. 106) is also GRANTED.

Therefore, this case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court